■ STACEY DAY et al., Respondents, v IRA TEPER et al., Appellants. [22 NYS3d 912]—In an action to recover damages for personal injuries, etc., the defendants appeal from an order of the Supreme Court, Kings County (Walker, J.), dated October 10, 2014, which denied their motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, without costs or disbursements.

There are issues of fact requiring denial of summary judgment. Balkin, J.P., Hall, Cohen and Hinds-Radix, JJ., concur.